UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SHARDAY LATOYA BRADSHAW,**

    **Plaintiff,**

        v.                          Civil Action No. 11-1558 (ABJ/JMF)

**JEFFERSON GRILL, INC.,**
d/b/a The Macombo Lounge,

    **Defendant.**

**ORDER**

It is, hereby,

**ORDERED** that Plaintiff's Motion for Judgement by Default [#6] is **GRANTED.** It is further, hereby,

**ORDERED** that counsel for plaintiff shall file a petition for the award of attorney's fees and costs within fourteen (14) days of the date of the issuance of this Order.

**SO ORDERED.**

                                                                           _____
                                                                           JOHN M. FACCIOLA
                                                                           UNITED STATES MAGISTRATE JUDGE