UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARDAY LATOYA BRADSHAW, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-1558 (ABJ) |
| JEFFERSON GRILL, INC. t/a The Macombo Lounge, | ) |
| Defendant. | ) |

## REFERRAL TO MAGISTRATE JUDGE ORDER

It is

**ORDERED** that the Motion for Attorney Fees [12] filed by plaintiff on December 30, 2011 is referred to United States Magistrate Judge Facciola for his determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, all filings related to this motion shall include the initials of the magistrate judge, once assigned by the Clerk of the Court, in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

_____
AMY BERMAN JACKSON
United States District Judge

DATE: January 13, 2012